IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.  No. 4:11-CR-00156-01-JM

JORGE ROJAS-OLIVERA

ORDER

Defendant's motion to reduce sentence (Doc. No. 932) is DENIED.

To the extent that the motion is for compassionate release, Defendant provided no extraordinary or compelling reasons for relief. With criminal history score of 52 and a criminal history category of I, his Guidelines range was life. He was the leader of a large-scale drug conspiracy who solicited the murder of an informant and threatened to kill the would-be assassin if he did not kill the informant. The sentencing judge noted that Defendant avoided a life sentence because it was his first conviction, and he did not actually attempt to carry through with his violent threats.[1] The 420-month sentence remains appropriate here.

Arguably, Defendant's motion is a successive § 2255 motion,[2] which also warrants dismissal.[3]

IT IS SO ORDERED this 16th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. at 644 at 368-369.

[2] Defendant filed a § 2255 motion on February 13, 2015, which was denied. *See* Doc. Nos. 759, 760.

[3] All successive § 2255 motions must be certified by the appropriate court of appeals before they are considered by the district courts. Because Defendant failed to obtain certification from the Court of Appeals for the Eighth Circuit, his motion must be dismissed for lack of jurisdiction. See *Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).